# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. WHITFIELD,<br><br>           Plaintiff,<br><br>    v.<br><br>EXECUTIVE REALTY AND<br>INVESTMENTS, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:06-cv-01047-AWI-SMS<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff filed this civil action on August 10, 2006. A review of the record reveals that plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. Plaintiff may not proceed with this action until he either pays the filing fee in full or is granted leave to proceed in forma pauperis. The court notes that plaintiff's most recent filing bears an address which differs from plaintiff's address of record with the court. Plaintiff is obligated to notify the court of any change in his address, and if plaintiff changes his address but fails to notify the court, service at his address of record is deemed effective. Local Rule 83-182(f).

It is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, plaintiff SHALL either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis; and

///

///

1

2. The Clerk's Office SHALL send plaintiff an application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   June 8, 2007**                              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE