IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. WHITFIELD,       ) | CV F 06-1047 AWI  SMS |
|                            ) | |
|            **Plaintiff**,         ) | ORDER DISCHARGING ORDER TO |
| v.                         ) | SHOW CAUSE |
|                            ) | |
| EXECUTIVE REALITY AND      ) | |
| INVESTMENTS, AND MARY ANN  ) | |
|  REIMERS,                  ) | |
|            **Defendants.**     ) | |
| _____) | |

      On August 10, 2006, Plaintiff filed this lawsuit alleging statutory violations of 15 U.S.C. § 1693 *et. sec.* When Plaintiff took no further action in this lawsuit, the Clerk of the Court issued a minute order notifying Plaintiff that this action had been placed on the court's June 11, 2007 calendar for an order to show cause why this case should not be dismissed for lack of prosecution. On May 31, 2007, Plaintiff filed a notice of his intent to file an amended complaint.

      Meanwhile, on June 8, 2007, the Magistrate Judge ordered Plaintiff to pay the filing fee for this action or file an application to proceed in forma pauperis within thirty days.

      On June 11, 2007, the court ordered that the order to show cause would be continued for forty-five days. The court also ordered Plaintiff to comply with the Magistrate Judge's June 8, 2007 order and file any amended complaint within thirty days.

      On July 10, 2007, Plaintiff filed an amended complaint and a motion to proceed in forma pauperis.

1    A court may dismiss a lawsuit, with prejudice, based on a party's failure to prosecute or
2 failure to obey a court order. <u>See</u>, <u>e.g.</u>, <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9thCir.
3 1992).   The court finds that dismissal is not warranted at this time.   By filing an amended
4 complaint and motion to proceed in forma pauperis, Plaintiff has complied with this court's June
5 11, 2007 order.   At this time, Plaintiff appears to be prosecuting this action.
6    Accordingly, the court ORDERS that the order to show cause is DISCHARGED.
7 IT IS SO ORDERED.
8 **Dated:   July 23, 2007**                          /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

2